Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave.
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com
*Plaintiff/Attorney*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARK L. JAVITCH<br><br>        Plaintiff,<br><br>v.<br><br>EM SOLUTIONS LLC, a Florida limited liability company<br><br>        Defendant. | Case No.: 4:19-cv-05386-KAW<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff MARK L. JAVITCH, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice that it is voluntarily dismissing Defendant EM SOLUTIONS LLC, a Florida limited liability company, without prejudice, with each side bearing its own costs and attorney's fees. This dismissal shall convert to a dismissal with prejudice after 150 days.

Dated: November 10, 2019

                                            Respectfully submitted,


                                            By:  /s/ Mark L. Javitch            .
                                            Mark L. Javitch (SBN 323729)
                                            Javitch Law Office
                                            480 S. Ellsworth Ave.
                                            San Mateo, CA 94401

1

Telephone: 650-781-8000
Facsimile: 650-648-0705
*mark@javitchlawoffice.com*
*Plaintif/Attorney*